UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON L. ESPINOZA, | Case No. 2:23-cv-00228-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| RICK MROCZEK, et al., | |
| Defendants. | |

On May 30, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 24.) No objections were filed.[1]

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

---

[1] Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the Plaintiff's responsibility to always keep the Court apprised of his current address. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  Accordingly, IT IS ORDERED that:

2     1. The findings and recommendations, filed on May 30, 2024 (ECF No. 24), are
3        ADOPTED IN FULL;
4     2. This action is DISMISSED; and
5     3. The Clerk of Court is directed to close the case.

**Date: July 22, 2024**

_____
Troy L. Nunley
United States District Judge

2