## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RAMON L. ESPINOZA,**

CASE NO: **2:23–CV–00228–TLN–JDP**

v.

**RICK MROCZEK, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/23/2024**

**Keith Holland**
Clerk of Court

ENTERED: **July 23, 2024**

by: /s/ L. Mena–Sanchez
Deputy Clerk